TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADDISON OWEN
Assistant U.S. Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.Owen@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 1 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Jose Sarinana, and,<br>   (Count 1)<br><br>2. Abran Villa, Jr.,<br>   (Counts 2-3)<br><br>Defendants. | No. **CR-25-00865-PHX-DWL-JZB**<br><br>**R E D A C T E D   I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 111(a) and (b)<br>(Assaulting, Resisting, and Impeding<br>Federal Officers)<br>Counts 1-3 |

**THE GRAND JURY CHARGES:**

*Background on Immigration Operation*

1. On January 20, 2025, President Donald J. Trump, through two Presidential Actions, "Securing our Borders" and "Protecting the American People Against Invasion," directed the Secretary of Homeland Security and Attorney General to take all appropriate actions to secure the southern border and enforce immigration laws.

2. This directive led to orders that the Department of Justice (DOJ) provide the Department of Homeland Security (DHS) with personnel to assist with immigration enforcement, including the arrest, detention, and deportation of illegal aliens.

3. Since February 2025, the Federal Bureau of Investigation (FBI), among other DOJ

- 1 -

1     components, has assisted Immigration and Customs Enforcement (ICE), Enforcement and

2     Removal Operations (ERO), a DHS component, with immigration operations, both

3     administrative and criminal, in the District of Arizona.

4                               *Administrative Arrest of Individual 1*

5       4.   On June 1, 2025, FBI Special Agents M.D., A.S., T.B., and D.F. were assigned to

6     assist with immigration enforcement operations, and at all relevant times they were engaged

7     in and acting on account of the performance of their official duties.

8       5.   On that date, FBI agents and ICE/ERO officers were conducting surveillance in the

9     area of North Ithica Street in Chandler, within the District of Arizona, attempting to locate

10    Individual 1, a removable alien. While conducting surveillance, agents observed Individual

11    1 enter the passenger side of a black Nissan Titan Truck, hereafter "Nissan Truck," and

12    drive away.

13      6.   FBI and ICE/ERO conducted an immigration traffic stop. To initiate the stop, agents

14    turned on their police lights and were wearing vests that identified them as law enforcement.

15    The Nissan Truck pulled over.

16      7.   An ICE/ERO officer approached the driver, Defendant ABRAN VILLA JR., and

17    identified himself as a law enforcement officer. The passenger, Individual 1, was positively

18    identified and exited the vehicle.

19      8.   Based on Individual 1's lack of legal immigration status, she was arrested and taken

20    into custody. Prior to being taken into custody, law enforcement officers at the scene

21    allowed Individual 1 to hug and say goodbye to ABRAN VILLA JR. Individual 1 was

22    ultimately placed in an ICE/ERO vehicle and transported from the scene of the arrest.

23      9.   Defendant ABRAN VILLA JR. returned to Individual 1's residence and told

24    Defendant JOSE SARINANA, Individual 2, Individual 3, Minor 1, and Minor 2 that

25    Individual 1 had been taken into immigration custody.

26      10. Defendant JOSE SARINANA, accompanied by Individual 2, drove a GMC Truck

27    to the arrest location.

28

1   11. Defendant ABRAN VILLA JR., accompanied by Individual 3, Minor 1, and Minor

2   2, drove the Nissan Truck towards the arrest location.

3   *Event 1*

4   12. As Special Agent M.D. left the scene in his government vehicle and was driving to

5   continue the performance of his official duties.

6   13. Defendant JOSE SARINANA, in the GMC Truck, approached the rear of Special

7   Agent M.D.'s vehicle at a high rate of speed while driving erratically.

8   14. As Special Agent M.D. stopped at a stop sign, Defendant JOSE SARINANA

9   brought the GMC Truck bumper to bumper with Special Agent M.D.'s vehicle. Special

10  Agent M.D. attempted to created space by speeding up. Defendant JOSE SARINANA

11  increased speed and continued to follow closely and aggressively.

12  15. Defendant JOSE SARINANA made multiple attempts to run Special Agent M.D.

13  off the road by rapidly accelerating toward the vehicle to within an unsafe driving distance.

14  Special Agent M.D. had to employ evasive maneuvers to avoid these attempts.

15  16. Special Agent M.D. attempted to call for backup. While calling for back up,

16  Defendant JOSE SARINANA began speeding up to approach Special Agent M.D. side-by-

17  side.

18  17. Throughout the encounter, Special Agent M.D. felt in fear for his safety and was

19  intimidated by the behavior of Defendant JOSE SARINANA, and he was impeded and

20  interfered with in the performance of his official duties.

21  18. As the GMC Truck approached, Special Agent M.D. drew his FBI-issued firearm

22  and held it near his waistline. Special Agent M.D. slammed on his brakes to prevent

23  Defendant JOSE SARINANA from being side-by-side.

24  19. Special Agent M.D. saw the passenger, Individual 2, holding a cell phone and the

25  driver, Defendant JOSE SARINANA doing something with his hands.

26  20. As Defendant JOSE SARINANA's vehicle passed Special Agent M.D., Defendant

27  JOSE SARINANA and Individual 2 screamed and yelled at Special Agent M.D.

28  21. Defendant JOSE SARINANA continued to pursue Special Agent M.D.'s vehicle.

- 3 -

1    22. Additional law enforcement eventually arrived, including other FBI personnel, who

2    activated red and blue emergency lights in an effort to pull Defendant JOSE SARINANA

3    over.

4    23. Defendant JOSE SARINANA failed to yield and comply with law enforcement.

5    Rather, Defendant JOSE SARINANA continued to travel several blocks in the GMC Truck

6    followed by law enforcement.

7                                            *Event 2*

8    24. Special Agent A.S., driving a silver Dodge Caravan with her law enforcement lights

9    activated, was attempting to participate in the stop of Defendant JOSE SARINANA,

10   having observed a portion of the events described in Event 1. Special Agent A.S. was still

11   wearing her FBI vest.

12   25.  Special Agent A.S. continued through a parking lot attempting to participate in the

13   interdiction of Defendant JOSE SARINANA. Defendant ABRAN VILLA JR., in the

14   Nissan Truck, conducted a U-turn maneuver to diagonally block Special Agent A.S. from

15   exiting the parking lot impeding and interfering with her ability to follow Defendant JOSE

16   SARINANA.

17   26. Defendant ABRAN VILLA JR. positioned his vehicle facing Special Agent A.S.

18   Special Agent A.S. could see there were multiple people in the vehicle, including

19   Defendant ABRAN VILLA JR., who she recognized from the earlier arrest of Individual

20   1.

21   27. Defendant ABRAN VILLA JR. and the other occupants rolled down their windows

22   viewing Special Agent A.S. Special Agent A.S. took her firearm out of the holster and held

23   it in her lap, fearing for her safety.  She called for assistance over the radio.

24   28. Defendant ABRAN VILLA JR. revved the engine at Special Agent A.S. while

25   continuing to block her vehicle.

26   29. Eventually, Defendant ABRAN VILLA JR. pulled away and drove off.

27   30. Special Agent A.S. continued to the location of the GMC Truck and Defendant

28   JOSE SARINANA.

*Event 3*

31. Eventually, FBI Special Agents were able to pull over Defendant JOSE SARINANA and surround his vehicle with FBI vehicles.

32. FBI Special Agents A.S., M.D., T.B., and D.F. were among several FBI agents responding to the arrest and holding the perimeter and law enforcement conducted investigative steps at the scene.

33. Defendant ABRAN VILLA JR., driving the Nissan Truck, approached at a high rate of speed. He then stopped facing the FBI vehicles and Special Agents A.S., M.D., T.B., and D.F. The FBI vehicles had active law enforcement lights, and several agents were in vests which identified them as "FBI."

34. Defendant ABRAN VILLA JR. positioned his vehicle in close proximity to law enforcement. Defendant ABRAN VILLA JR. revved the engine while facing law enforcement.

35. Defendant ABRAN VILLA JR. and passengers in the vehicle began moving things around inside near the floorboard.

36. Defendant ABRAN VILLA JR., Individual 3, Minor 1, and Minor 2, abruptly exited the vehicle and several began reaching near their waist.

37. Several agents unholstered their firearms and gave commands until everyone eventually complied and was detained.

## **COUNT 1**

38. The factual allegations above are incorporated for Count 1.

39. On or about June 1, 2025, in the District of Arizona, Defendant JOSE SARINANA did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Bureau of Investigation Special Agent M.D., who is an officer and employee of the United States and protected as designated in 18 U.S.C. § 1114, to wit: Event 1, while Special Agent M.D. was engaged in and on account of the performance of his official duties, and Defendant JOSE SARINANA did so using a deadly and dangerous weapon, to wit: a vehicle.

40. All in violation of Title 18, United States Code, Sections 111(a) and (b).

**COUNT 2**

41. The factual allegations above are incorporated for Count 2.

42. On or about June 1, 2025, in the District of Arizona, Defendant ABRAN VILLA JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Bureau of Investigation Special Agent A.S., who is an officer and employee of the United States and protected as designated in 18 U.S.C. § 1114, to wit: Event 2, while Special Agent A.S. was engaged in and on account of the performance of her official duties, and Defendant ABRAN VILLA JR. did so using a deadly and dangerous weapon, to wit: a vehicle.

43. All in violation of Title 18, United States Code, Sections 111(a) and (b).

**COUNT 3**

44. The factual allegations above are incorporated for Count 3.

45. On or about June 1, 2025, in the District of Arizona, Defendant ABRAN VILLA JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Bureau of Investigation Special Agents A.S., M.D., T.B., and D.F., who are officers and employees of the United States and protected as designated in 18 U.S.C. § 1114, to wit: Event 3, while Special Agents A.S., M.D., T.B., and D.F. were engaged in and on account of the performance of their official duties, and Defendant ABRAN VILLA JR. did so using a deadly and dangerous weapon, to wit: a vehicle.

//
//
//
//
//
//
//
//

46. All in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: June 10, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

S/
ADDISON OWEN
Assistant U.S. Attorney